# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Samsung cell phone seized on October 4, 2013 by the Massachusetts State Police during a car stop, presently in DEA custody at Exhibit N-90 in case cc-12-0169 | Case No. 18-mj-4424-DHH |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Samsung cell phone seized on October 4, 2013 by the Massachusetts State Police during a car stop, presently in DEA custody at Exhibit N-90 in case cc-12-0169

located in the _____ District of Massachusetts, there is now concealed *(identify the person or describe the property to be seized)*:

Evidence and instrumentalities of violations of 21 USC §§ 846 and 841(a)(1). The items to be siezed are detailed in Schedule B hereto.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC § 846 | Conspiracy to Possess with Intent to Distribute and Distribution of heroin; and |
| 21 USC § 841(a)(1) | Possession with Intent to Distribute and Distribution of Heroin |

The application is based on these facts:
Please see attached affidavit by DEA Special Agent Robert J. Olsen

☑ Continued on the attached sheet.

☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

DEA Special Agent Robert J. Olsen
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **Nov 13, 2018**

*Judge's signature*

City and state: Worcester, Massachusetts   United States Magistrate Judge David H. Hennessy
*Printed name and title*